UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
WE THE PROTESTERS, INC. *et al.*,                :
:
                Plaintiffs,           :
:        22 Civ. 9565 (JPC)
     -v-                                      :
:        ORDER
SAMUEL SINYANGWE *et al.*,                        :
:
                Defendants.           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of the filing of Defendants' Amended Counterclaim, Dkt. 32, Plaintiffs' motion to dismiss, Dkt. 30, is denied without prejudice as moot. Plaintiffs shall respond to the Amended Counterclaim by April 19, 2023. Plaintiffs may move to dismiss the Amended Counterclaim without seeking further leave of Court. If Plaintiffs move to dismiss, Defendants' opposition shall be due May 3, 2023, and Plaintiffs' reply due May 10, 2023.

       SO ORDERED.

Dated: April 5, 2023
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge