UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WE THE PROTESTERS, INC. and
STAY WOKE, INC.,

                              Plaintiffs,                        22 Civ. No. 9565 (JPC) (GS)

       -against-

                                                            **VIDEO CONFERENCE**
SAMUEL SINYANGWE and MAPPING                            **ORDER**
POLICE VIOLENCE, INC.,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Friday, December 6, 2024 at 11:00 a.m.** to discuss the discovery dispute raised by Defendants in their November 8, 2024 letter motion. (Dkt. No. 64; *see also* Dkt. No. 66). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.

**Meeting ID: [244 190 271 58]  Passcode: [GL2iB9Ad]**

       SO ORDERED.

DATED:     New York, New York
                November 27, 2024

                                                               */s/ Gary Stein*
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge