UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WE THE PROTESTERS, INC. and
STAY WOKE, INC.,

                       Plaintiffs,                                  22 Civ. No. 09565 (JPC) (GS)

         -against-

                                                                      **VIDEO CONFERENCE ORDER**

SAMUEL SINYANGWE and MAPPING
POLICE VIOLENCE, INC.,

                       Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Friday, April 4, 2025 at 12:00 p.m.** to discuss the discovery disputes raised in the parties' recent submissions. (Dkt. Nos. 76, 77, 85, 89, 92–95). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [232 595 753 230] Passcode: [JJ2kZ7gs]**

       SO ORDERED.

DATED:    New York, New York
                April 1, 2025

                                                                 _____
                                                                GARY STEIN
                                                                United States Magistrate Judge