UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WE THE PROTESTERS, INC., *et al.,*

                Plaintiffs,                22 Civ. No. 9565 (JPC) (GS)

      -against-                         **PRE-SETTLEMENT CONFERENCE ORDER**

SAMUEL SINYANGWE, *et al.,*

                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, May 21, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 242 735 924 009 9#.**

      SO ORDERED.

DATED:    New York, New York
               May 16, 2025

                                                                     _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge