UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

WE THE PROTESTERS, INC. *et al.*,                  :
                                                   :
                          Plaintiffs,              :
                                                   :
              -v-                                  :         22 Civ. 9565 (JPC)
                                                   :
SAMUEL SINYANGWE *et al.*,                          :         <u>ORDER</u>
                                                   :
                          Defendants.              :
                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Discovery in this case ended on October 27, 2025.  *See* Dkt. 116.  By November 14, 2025,

the parties should file to the Court a joint status letter, which should indicate whether either party

plans to move for summary judgment.

      SO ORDERED.

Dated: November 10, 2025
     New York, New York                    _____
                                                   JOHN P. CRONAN
                                              United States District Judge