**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WE THE PROTESTERS, INC., *et al.,*

                        Plaintiffs,

         -against-

SINYANGWE, *et al.,*

                       Defendant.
-------------------------------------------------------------------X

                                      **22 Civ. No. 9565 (JPC) (GS)**

                                      **<u>VIDEO STATUS</u>**
                                **<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Status Conference on **Friday, January 16, 2026 at 2:00 p.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [222 946 459 408] Passcode: [L6yc3pc9].**

        **SO ORDERED.**

DATED:     New York, New York
              January 5, 2026

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge